United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOHAN MARCEL ARAUJO-CALZADILLA, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-5257 |
| v. | § § | |
| MARTIN FRINK, | § § | |
| Respondent. | § § | |

### ORDER

On July 24, 2026, the court ordered Challane Ugwumgbor to satisfy the requirements to properly proceed as a next friend of the petitioner, Johan Marcel Araujo-Calzadilla, or for Araujo-Calzadilla to prosecute this action in his own name by filing an amended petition for a writ of habeas corpus.  (Docket Entry No. 4).  The mail was returned as undeliverable as to Araujo-Calzadilla.  No later than August 14, 2026, the government must provide a status update on Araujo-Calzadilla and if he is still in Immigrations and Customs Enforcement (ICE) custody.  If he is still in ICE custody, the government must provide him with a copy of the court's order, (Docket Entry No. 4), instructing him as to how to pursue his petition.  The court provides an additional 30 days from the date that the government provides Araujo-Calzadilla with a copy of the order for Araujo-Calzadilla to comply.

SIGNED on August 6, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge